I'd like to mention that Peering, and he's an orator, said some things that, if formed by a bilateral contract, which we'll call the Product Conversation Agreement, will use their name and every other purchaser of the galaxy at every start-up. A party is made on foreign contracts by Peering and he said Eastern, and we need to see if we have a party on the continent. Rather, the score is low in Nixon versus Peering, and Peering said that the contract offers a sincerely in-depth contribution. And in fact, it's not a sincerely in-depth contribution. It's offering a product demonstration agreement for four reasons. First, there's a Peering outside box that's not in the spooch of Peering's office package, or on the outside of the front cover of the product information book. In fact, you can use that outside box as an important information booklet. Warranty disclaimers succeed, and can be seen as being on private agendas. Also, that was an opportunity for us to sort of elaborate. First of all, a warranty disclaimer is not the same as a bilateral contract.  that both a warranty disclaimer or an SAC is an obligation. You might think that there's warranty in a different slide, and that there's some sort of limitation for the receiver. The person who is offering the warranty is at least trying to draw your attention to if he's taking the information from the master, the extension, the receiver's own sharing system. If there's a warranty, it means that your phone is being used for other private purposes, for business purposes, and if there is not, a warranty disclaimer on how the situation in your account for business purposes will be guaranteed. You'll simply say, we're going through an expiration requirement, say there's a contract where it's listed as a warranty, or you can see where our email address is, and there it is. And by a bilateral arbitration agreement, any warranty is illustrated as it was. In addition to all the reasons asked, a warranty does not constitute a contract, it is a unilateral affirmation that certain countries are going to have to promise to pay for the sender's wire. The wire, by extension, I mean, what the limitations are, what the state will cover in terms of warranties, it's a federal right, it's a federal law, and that's a federal thing. The United States will be, if it's listed as actually being part of the information, it will be part of the warranty status, which is H-15. You know, H-15, which is the H-257, H-2, I mean, it's the spreader of the rules of the state. You know, this is part of the team that's going to be worrying for example, that if a problem arises that we're going to pay for this warranty, and you can see, initially, there's these mandates that the consumer and the international operators own, there's a contract that anyone owns for this warranty to see what is covered, what is the cover, what the limitations are. And I think, certainly, the only way that non-owners are visible is if you ever notice that there is also this very famous warranty arbitration provision that extends far beyond warranty claims and covers any, let's say, surprisingly convenient condition, either sale or, I don't know if it's a word, or, let's say, digital sale of the product, which only just includes warranty claims, it could include fraud claims, it could include advertising claims, it could include the sort of statutory consumer regulations that I showed you in this case. It would also include the WCG statute of products, the tradition of the product that's meant to pursue injury. Additionally, those claims would be associated to arbitration or discrimination that warrant any sort of any response of this volume. These are very coherent in any sort of modestly sales or a claim or a claim and some of these betting managers usually just put in a warranty and just accept it as part of the warranty claim. It would in there as a contract that you should put it on it and, yeah, that basically there's a warranty that you can use on the outside of the box where you have a warranty that actually is sufficient to put consumers on their services on a regular basis. So, in this case, it should cost          a  amount of money to put it on the outside of the box. So, it should cost a fair amount of money to put it on the outside of the box. So, that's  the warranty  should warning that you should use on the outside of the box. So, that's basically the warranty that you should use on the outside of the box. So, that's  what is on the box. So, that's basically the warranty that you should use on the outside of the box. I don't know what the price of this thing is. So, the only way that you can get this in the box is by using the warranty that you have. warranty that you have. So, the only way using the warranty that  have.
judges: Thomas, Bea, Ikuta